MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATON GODOY, ) <br> ) <br> Defendant. ) <br> ) | No. CR 12-0274 SBA <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXCLUSION OF TIME FROM MAY 15 ~~17~~, 2012 THROUGH MAY 30, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |

     The defendant, Jonaton Godoy, represented by Karli Sager, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Donna M. Ryu on May 15, 2012 for a detention hearing. The parties agreed to continue the hearing to May 23, 2012 and to set the status conference for May 30, 2012. The parties agree that time is excluded under the 18 U.S.C. § 3161, the Speedy Trial Act.

     The defendant agreed that an exclusion of time is appropriate under the Speedy Trial Act between May 15, 2012 and May 30, 2012 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct an

STIPULATION AND [~~PROPOSED~~] ORDER
CR 12-0274 SBA

investigation, and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery, conduct additional investigation, and consult with the defendant, is necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: May 22, 2012                  /s/
                              CYNTHIA M. FREY
                              Assistant United States Attorney

DATED: May 22, 2012                  /s/
                              KARLI SAGER
                              Attorney for JONATON GODOY

The Court finds that time is appropriately excluded under the Speedy Trial Act between May 15, 2012 and May 30, 2012 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct an investigation, and consult with the defendant. The Court also finds that failing to exclude the time between May 15, 2012 and May 30, 2012 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 15, 2012 and May 30, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between May 15, 2012 and May 30, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

DATED: 5/22/2012

GRANTED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States Magistrate Judge