MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> SERGIO ALFONSO ESPEJEL, <br>     Defendant. | No. CR 12-0274 SBA <br><br> STIPULATION AND ORDER TO CHANGE HEARING ON MOTION TO VACATE TO A CHANGE OF PLEA |

     The above captioned matter is set for a hearing on the United States' Motion to Vacate Magistrate Judge's Order Granting Release on June 6, 2012. The parties stipulate to set June 6, 2012 date for a change of plea and postpone the hearing on the Motion to Vacate to a date to be determined at the June 6, 2012 change of plea. The Courtroom Deputy confirmed that June 6, 2012 is available for a change of plea.

STIPULATION AND [PROPOSED] ORDER
CR 12-0274 SBA

SO STIPULATED:

                    MELINDA HAAG
                    United States Attorney

DATED: May 23, 2012          /s/
                    CYNTHIA M. FREY
                    Assistant United States Attorney

DATED: May 23, 2012          /s/
                    GEOFFREY ROTWEIN
                    Attorney for SERGIO ALFONSO ESPEJEL

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED that June 6, 2012 at 10:00 a.m. will be set for a change of plea in the above-captioned matter and that the hearing on the United States' Motion to Vacate Magistrate Judge's Order Granting Release will be postponed to a date to be determined on June 6, 2012.

DATED: _5/31/12

*Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge