KARLI SAGER (CABN 234819)
LAW OFFICE OF KARLI SAGER
740A 14th Street #435
San Francisco, CA 94114
Telephone: (415) 621-6468
Fax: (415) 373-4666
E-Mail: karli@karlisagerlaw.com

Attorney for JONATON GODOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00274 |
|---|---|---|
| | ) | No. MAG 12-70395 |
| Plaintiff | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER FOR CONTINUANCE OF CASE |
| | ) | STATUS HEARING FROM AUGUST 31, |
| JONATON GODOY, | ) | 2012 TO SEPTEMBER 20, 2012 AND AN |
| | ) | EXCLUSION OF TIME FROM |
| Defendant | ) | CALCULATIONS UNDER THE SPEEDY |
| | ) | TRIAL ACT |

The defendant, Jonaton Godoy, represented by Karli Sager, and the government, represented by Cynthia Frey, Assistant United States Attorney, are scheduled to appear before the Honorable Kandis A. Westmore on August 31, 2012 for a case status hearing. The parties agree to continue the hearing to September 20, 2012.

The parties agree that time is excluded under the 18 U.S.C. § 3161, the Speedy Trial Act. The defendant agrees that an exclusion of time is appropriate under the Speedy Trial Act between August 31, 2012 and September 20, 2012 for the purpose of continuity of counsel. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties agree the ends of justice served by granting such continuance

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

DATED: August 30, 2012             _____/s/_____
                                   KARLI SAGER
                                   Attorney for Defendant


DATED: August 30, 2012             _____/s/_____
                                   CYNTHIA FREY
                                   Assistant United States Attorney


IT IS SO ORDERED.

DATED: 08/30/12                    _____
                                   HON. KANDIS A. WESTMORE
                                   United States Magistrate Judge