1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (415) 397-0860

4  Attorneys for Defendant
   SERGIO ALFONSO ESPEJEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  No. CR-12-0274 SBA |
| | ) | |
| Plaintiff, | ) | **ORDER PURSUANT TO STIPULATION** |
| | ) | **CONTINUING CASE STATUS HEARING** |
| vs. | ) | |
| | ) | |
| SERGIO ALFONSO ESPEJEL, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

Based on the below stipulation between the parties, it is hereby ordered that the sentencing in this case which is currently set for September 11, 2012, is continued to October 23, 2012, at 10:00 a.m., in Courtroom 1 of this Court.

The reason for the continuance is allow the parties to address ongoing issues for sentencing as set forth in the below stipulation.

DATED: September 4, 2012

*[signature]*
SAUNDRA B. ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

///

///

///

///

///

**ORDER PURSUANT TO STIPULATION
TO CONTINUE SENTENCING
CR-11-262 CW**                    -1-

| | |
|---|---|
| 1 | **STIPULATION TO CONTINUE STATUS HEARING** |
| 2 | It is hereby stipulated by and between the parties that the sentencing in this case which is |
| 3 | currently set for September 11, 2012, may be continued to October 23, 2012. |
| 4 | The reason for the request for a continuance is allow the parties to address ongoing issues |
| 5 | for sentencing. |

DATED: August 24, 2012

*Geoffrey Rotwein*
GEOFFREY ROTWEIN
Attorney for Defendant
SERGIO ALFONSO ESPEJEL

DATED:  August 24, 2012

MELINDA HAAG
United States Attorney

By: */s/ Cynthia Frey*
CYNTHIA FREY
Assistant United States Attorney

**ORDER PURSUANT TO STIPULATION
TO CONTINUE SENTENCING
CR-11-262 CW**                    -2-