GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
400 Montgomery Street, Second Floor
San Francisco, California 94104
Facsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorneys for Defendant
SERGIO ALFONSO ESPEJEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO ALFONSO ESPEJEL, *et al*,<br><br>Defendants. | No. No. CR-12-0274 SBA<br><br>**ORDER PURSUANT TO STIPULATION CONTINUING SENTENCING HEARING** |

Based on the below stipulation between the parties, it is hereby ordered that the sentencing in this case which is currently set for February 14, 2013, is continued to March 21, 2013, at 10:00 a.m., in Courtroom 1 of this Court.

The reason for the continuance is allow the parties to address ongoing issues for sentencing as set forth in the below stipulation.

DATED: January 25 2013

/s/ Saundra B. Armstrong
SAUNDRA B. ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

///
///
///
///
///

ORDER PURSUANT TO STIPULATION
TO CONTINUE SENTENCING
CR-12-0274 SBA                                    -1-