1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (415) 397-0860

4  Attorneys for Defendant
   SERGIO ALFONSO ESPEJEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  No. CR-12-0274 SBA |
|---|---|---|
| Plaintiff, | ) | **ORDER PURSUANT TO STIPULATION** |
| vs. | ) | **CONTINUING SENTENCING HEARING** |
| SERGIO ALFONSO ESPEJEL, *et al*, | ) | |
| Defendants. | ) | |

   Based on the below stipulation between the parties, it is hereby ordered that the sentencing in this case which is currently set for May 10, 2013, is continued to July 16, 2013, at 10:00 a.m., in Courtroom 1 of this Court.

   The reason for the continuance is allow the parties to address ongoing issues for sentencing as set forth in the below stipulation.

DATED: ~~April~~ MAY  3, 2013

/s/ Saundra B. Armstrong
SAUNDRA B. ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

///

///

///

///

///

ORDER PURSUANT TO STIPULATION
TO CONTINUE SENTENCING
CR-12-0274 SBA                    -1-

**STIPULATION TO CONTINUE STATUS HEARING**

It is hereby stipulated by and between the parties that the sentencing in this case which is currently set for May 10, 2013, should be continued to July 16, at 10:00 a.m.

The reasons for the request for a continuance is allow the parties to address ongoing issues for sentencing that are related to the portions of the Plea Agreement that were sealed by the Court.

DATED: April 29, 2013          *Geoffrey Rotwein*
                               GEOFFREY ROTWEIN
                               Attorney for Defendant
                               SERGIO ALFONSO ESPEJEL

DATED:  April 29, 2013         MELINDA HAAG
                               United States Attorney

                               By: */s/ Cynthia Frey*
                               CYNTHIA FREY
                               Assistant United States Attorney

**ORDER PURSUANT TO STIPULATION
TO CONTINUE SENTENCING
CR-12-0274 SBA**                    -2-